FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2014

No. 04-14-00090-CV

**IN RE** Jovan **VALDILLEZ**

Original Habeas Corpus Proceeding[1]

### ORDER

Sitting:      Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

On February 7, 2014, relator filed an original pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 13th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2001EM502490, styled *In the Interest of K.N.G., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Jim Rausch presiding.